# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  04-cr-00187-LTB

UNITED STATES OF AMERICA

        Plaintiff,

v.

4.      ADAN OROZCO,

        Defendant.
_____

# ORDER
_____

Upon Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (Doc 814 - filed April 18, 2006), it is

ORDERED that the Motion is GRANTED.  Defendant Adan Orozco's sentence is reduced by 36 months from 90 months to 54 months' custody, with the other conditions set forth in this Court's Judgment previously filed in this matter.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

DATED: April 19, 2006